**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

WILLIAM R. LARSON,
            Plaintiff,

                                                Case Number 3:15-cv-00028-SLG

v.

ALASKA AIR NATIONAL GUARD, et al
            Defendant.                  **JUDGMENT IN A CIVIL CASE**


___  **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX   **DECISION BY COURT.**  This action came to trial or decision before the Court.   The issues have been tried or determined and a decision has been rendered.

            IT IS ORDERED AND ADJUDGED:

            THAT this case is DISMISSED.




APPROVED:


 S/SHARON L. GLEASON
SHARON L. GLEASON
United States District Judge

Date: March 7, 2016

*NOTE: Award of prejudgment interest,*          Lesley K. Allen
*costs and attorney's fees are governed*          Lesley K. Allen,
*by D.Ak. LR 54.1, 54.3, and 58.1.*              Clerk of Court




[Jmt2 - Basic - rev. 1-13-16]